IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BACHINSKI,<br><br>    Plaintiff,<br><br>  v.<br><br>EUAN S. THOMSON, et al.,<br><br>    Defendants.<br>_____ | No. 09-05639 CW |
| CHRISTOPHER BORRELLI,<br><br>    Plaintiff,<br><br>  v.<br><br>EUAN S. THOMSON, et al.,<br><br>    Defendants.<br>_____/ | No. 09-05655 CW<br><br>ORDER ADMINISTRATIVELY CLOSING CONSOLIDATED CASES |

    On December 23, 2009, the above-captioned cases were consolidated for all further proceedings with C-09-5580 CW, <u>In Re Accuray, Inc. Shareholder Derivative Litigation</u>.  Accordingly,

    IT IS HEREBY ORDERED that:

    There appears to be no further reason at this time to maintain these cases as open ones for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

    Nothing contained in this Order shall be considered a dismissal or disposition of these actions, and, should further

proceedings become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.

Dated: 4/2/2010

CLAUDIA WILKEN
United States District Judge

2